# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMIRO FERNANDEZ,<br><br>Defendant. | Case No. 1:26-po-00065-SAB-1<br><br>ORDER REGARDING REFUND<br><br>(ECF Nos. 4, 5) |

On May 6, 2026, Plaintiff United States of America commenced this petty offense proceeding regarding a citation that was issued to Defendant Ramiro Fernandez for violation of federal regulations. (ECF No. 1 (Citation No. 09974975 CA/59).) Defendant was directed to pay $130.00. (Id.) On May 13, 2026, the United States moved to dismiss the violation in the interest of justice, which the Court granted. (ECF Nos. 3, 5.) However, on May 17, 2026, Defendant made a payment of $130.00. (ECF No. 4.)

In light of the dismissal, IT IS HEREBY ORDERED that Defendant Ramiro Fernandez be refunded in the amount of $130.00.

IT IS SO ORDERED.

Dated: __**May 19, 2026**__

_____
STANLEY A. BOONE
United States Magistrate Judge

1